# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2007

135280

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE JOIE ARCHER, ANDREW NIERESCHER II,
and CHEYENNE NIERESCHER, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

                                        SC: 135280
                                        COA: 275650
                                        Oakland CC
JENNY NIERESCHER,                        Family Division: 06-723807-NA
        Respondent-Appellant,

and

ANDREW NIERESCHER,
        Respondent.

_____/

        On order of the Court, the application for leave to appeal the October 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2007

_____
Clerk

s1218